UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE MCKESSON GOVERNMENTAL ENTITIES AVERAGE WHOLESALE PRICE LITIGATION | Master File No.: 1:08-CV-10843-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*San Francisco Health Plan*., No. 1:08-CV-10843-PBS | |

**PLAINTIFF SAN FRANCISCO HEALTH PLAN'S
MOTION TO CERTIFY A CALIFORNIA CLASS**

1. Pursuant to Fed. R. Civ. P. 23(a) and (b)(3), Plaintiff hereby moves for certification of the following Class comprised of:

> All governmental entities, agencies and political subdivisions in the State of California, including the State of California itself, that paid for the brand name drugs listed in Appendix A and whose payments were tied to AWP.

2. The proposed Class Period is August 1, 2001, to the date of entry of this Order.

3. Excluded from the above-listed Classes are: (a) Defendant and any entity in which Defendant has a controlling interest, and their legal representatives, officers, directors, assignees and successors; (b) any co-conspirators; and (c) federal agencies.

4. Plaintiff seeks certification of claims under RICO for Counts I and II (Violation of the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c) and (d), and under Count III (tortious interference with a contract) based upon California law.

5. In support of this Motion, Plaintiff is filing the following: (1) San Francisco Health Plan's Memorandum In Support of Motion to Certify a California Class Action; (2) Plaintiffs' Proffer of Evidence Common to the Class in Support of Class Certification;

- 2 -

(3) Declaration of Steve W. Berman in Support of Plaintiffs' Proffer of Evidence Common to the Class in Support of Class Certification; (4) Declaration of Raymond S. Hartman in Support of Plaintiff's Motion for Class Certification for California Public Payors; (5) Plaintiff's Proposed Trial Plan; and (6) [Proposed] Order Granting Class Certification.

DATED:  July 1, 2009.

HAGENS BERMAN SOBOL SHAPIRO LLP


By      s/ Steve W. Berman
    Steve W. Berman
    Sean R. Matt
    Barbara Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO #567636)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Jeff Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001

- 2 -

- 3 -

Dennis J. Herrera
City Attorney
Danny Chou (California Bar No. 180240)
Chief of Complex and Special Litigation
Owen Clements (California Bar No. 141805)
Chief of Special Litigation
Alex Tse
Erik Rapoport (California Bar No. 187059)
Deputy City Attorneys
OFFICE OF THE SAN FRANCISCO CITY ATTORNEY
1390 Market Street, 7th Floor
San Francisco, CA  94102
Telephone:  (415) 554-3900
Facsimile:  (415) 554-3985

Louise H. Renne (pro hac to be filed)
Jonathan V. Holtzman (pro hac to be filed)
Allyson S. Hauck
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA  94104
Telephone:  (415) 678-3800
Facsimile:   (415) 678-3838

Attorneys for Plaintiffs

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 1, 2009.

s/ Steve W. Berman
Steve W. Berman

- 4 -