UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE MCKESSON GOVERNMENTAL ENTITIES AVERAGE WHOLESALE PRICE LITIGATION | Master File No.: 1:08-CV-10843-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*Douglas County*, No. 1:08-CV-11349-PBS | |

### PLAINTIFFS' MOTION TO CERTIFY THE CLASS

1. Pursuant to Fed. R. Civ. P. 23(a) and (b)(3), Plaintiffs hereby move for certification of the following Classes:

   **a.     Opt-Out Non-State Medicaid Class**

   All governmental entities and their political subdivisions, agencies, departments, and divisions in the United States and its Territories, including the States, local governments, and Territories themselves, other than State Medicaid programs, that paid for Marked-Up Drugs based on AWP from August 1, 2001 to the present and that used First DataBank or Medispan data derived from First DataBank data in determining the AWP of the Marked-Up Drugs. The Marked-Up Drugs are all drugs identified in Exhibit A to the Second Amended Complaint and consist of brand-name drugs only.

   **b.     Opt-In State Medicaid Class**

   State and Territory Medicaid Programs that paid for Marked-Up Drugs based on AWP from August 1, 2001 to the present and that used First DataBank or Medi-Span data derived from First DataBank data in determining the AWP of the Marked-Up Drugs. The Marked-Up Drugs are all drugs identified in Exhibit A to the Second Amended Complaint and consist of brand-name drugs only.

2. The proposed Class Period is August 1, 2001, to the date of entry of the Order.

3. Excluded from the above-listed Classes are: Defendant, Defendant's parents, subsidiaries, and affiliates; co-conspirators; all governmental entities, agencies and political

subdivisions in the State of California; the State of Connecticut and any public payors who are part of the State of Connecticut government; and federal governmental agencies.

4. Plaintiffs seek certification of their claims under RICO for Counts I and II (Violation of the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c) and (d), and under Counts IV and V (civil conspiracy, tortious interference with a contract) based upon California law.

5. In support of this Motion, Plaintiffs are filing the following: (1) Plaintiffs' Memorandum in Support of Class Certification; (2) Plaintiffs' Proffer of Evidence Common to the Class in Support of Class Certification; (3) Declaration of Steve W. Berman in Support of Plaintiffs' Proffer of Evidence Common to the Class in Support of Class Certification; (4) Declaration of Raymond S. Hartman in Support of Plaintiffs' Motion for Class Certification for Public Payors; (5) Plaintiffs' Proposed Trial Plan; and (6) [Proposed] Order Granting Class Certification.

DATED: July 1, 2009

By **s/ Steve W. Berman**
   Steve W. Berman
   Sean R. Matt
   Barbara A. Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

James L. Ward, Jr.
A. Hoyt Rowell, III
RICHARDSON, PATRICK, WESTBROOK
& BRICKMAN, LLC
P.O. Box 1007
Mt. Pleasant, SC 29465
843-727-6500 (tel.)
843-216-6509 (fax)

*Co-Lead Counsel for Consolidated Public Payor Plaintiffs*

R. Bryant McCulley
MCCULLEY MCCLUER PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32202
904-482-4073 (tel.)
904-354-4813 (fax)

Stuart H. McCluer
MCCULLEY MCCLUER PLLC
1109 Van Buren Avenue
Oxford, MS 38655
662-236-1401 (tel.)
662-234-1974 (fax)

Daniel Kotchen
Daniel Low
KOTCHEN & LOW LLP
2300 M St., NW, Suite 800
Washington, DC 20037
202-416-1848 (tel.)
202-280-1128 (fax)

*Attorneys for Consolidated Public Payor Plaintiffs*

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 1, 2009.

                                        s/ Steve W. Berman
                                        Steve W. Berman

- 4 -