UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE MCKESSON GOVERNMENTAL ENTITIES AVERAGE WHOLESALE PRICE LITIGATION | Master File No.: 1:08-CV-10843-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## PLAINTIFFS' MOTION TO STRIKE MCKESSON'S MITIGATION OF DAMAGES AND STATUTE OF LIMITATIONS DEFENSES

Plaintiffs move to strike McKesson's asserted mitigation of damages and statute of limitation defenses as well as a ruling that McKesson is not entitled to a right of offset for benefits conferred on the Plaintiffs unrelated to McKesson's conduct or to the conduct of the pharmacies who benefited from McKesson's scheme.

As set forth in the accompanying memorandum supporting this motion, under federal RICO law and applicable state law principles, the statute of limitations for Plaintiffs' causes of action does not accrue until they discovered the fraud or through reasonable diligence could have discovered it.  Consistent with established law and the Court's prior ruling in *Carpenters*, Public Payors request that the Court find that the statute of limitations did not accrue for any payor until at the earliest some time after the allegations of fraud were broadly disclosed to the public, *e.g.*, when the WALL STREET JOURNAL published an article on the *Carpenters* case in October 2006.

Plaintiffs also ask the Court to strike McKesson's mitigation defense.  As a matter of law, where both parties could just as easily have prevented the loss, the burden shifts to the party at fault.  Because McKesson intentionally defrauded Plaintiffs and other payors and because it had

an equal opportunity to prevent or minimize harm to the Plaintiffs and failed to do so, this defense is not available to McKesson.

Nor is McKesson entitled to a reduction of damages stemming from any measures undertaken by Plaintiffs or other payors to offset their costs as a result of the scheme. Under the collateral source rule, the benefits a plaintiff receives from a source collateral to the defendant may not be used to reduce that defendant's liability for damages. Plaintiffs therefore ask the Court to rule that cost-savings devices unrelated to AWP-based reimbursement or markup increases, including manufacturer rebates or reduced benefits to plan, may not form the basis of any claim of offset for McKesson and to limit the scope of discovery consistent with this order.

DATED: July 1, 2009

By   **s/ Steve W. Berman**
    Steve W. Berman
    Sean R. Matt
    Barbara A. Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

James L. Ward, Jr.
A. Hoyt Rowell, III
RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN, LLC
P.O. Box 1007
Mt. Pleasant, SC 29465
843-727-6500 (tel.)
843-216-6509 (fax)

*Co-Lead Counsel for Consolidated Public Payor Plaintiffs*

R. Bryant McCulley
MCCULLEY MCCLUER PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32202
904-482-4073 (tel.)
904-354-4813 (fax)

Stuart H. McCluer
MCCULLEY MCCLUER PLLC
1109 Van Buren Avenue
Oxford, MS 38655
662-236-1401 (tel.)
662-234-1974 (fax)

Daniel Kotchen
Daniel Low
KOTCHEN & LOW LLP
2300 M St., NW, Suite 800
Washington, DC 20037
202-416-1848 (tel.)
202-280-1128 (fax)

*Attorneys for Consolidated Public Payor Plaintiffs*

Steve W. Berman
Sean R. Matt
Barbara A. Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeff Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

*Attorneys for the San Francisco Health Plan*

Dennis J. Herrera
City Attorney
Danny Chou (California Bar No. 180240)
Chief of Complex and Special Litigation
Owen Clements (California Bar No. 141805)
Chief of Special Litigation
Alex Tse
Erik Rapoport (California Bar No. 187059)
Deputy City Attorneys
OFFICE OF THE SAN FRANCISCO
  CITY ATTORNEY
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-3900
Facsimile: (415) 554-3985

*Attorneys for the San Francisco Health Plan*

- 3 -

*and the People of the State of California*

Louise H. Renne (pro hac to be filed)
Jonathan V. Holtzman (pro hac to be filed)
Allyson S. Hauck
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA  94104
Telephone:  (415) 678-3800
Facsimile:   (415) 678-3838

*Attorneys for the San Francisco Health Plan*

Steve W. Berman
Sean R. Matt
Barbara A. Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Richard Blumenthal
Attorney General
Robert B. Teitelman
Assistant Attorney General
Thomas J. Saadi
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Telephone:  (860) 808-5355
Facsimile:  (860) 808-5391

*Attorneys for the State of Connecticut*

- 4 -

- 5 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendant regarding subject of this motion and Defendants does not agree with the motion.

/s/ Steve W. Berman
Steve W. Berman

- 6 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 1, 2009.

                                      /s/ Steve W. Berman
                                      Steve W. Berman

001821-17 312442 V1