UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE MCKESSON GOVERNMENTAL ENTITIES AVERAGE WHOLESALE PRICE LITIGATION | Master File No.: 1:08-CV-10843-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*The Board of County Commissioners of Douglas County, Kansas, et al. v. McKesson Corp.*, No. 1:08-CV-11349-PBS | |

## CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE GOVERNMENTAL PAYOR CLASS ACTION SETTLEMENT WITH MCKESSON AND FOR AN AWARD OF ATTORNEYS' FEES AND COSTS AND COMPENSATION TO THE NAMED CLASS REPRESENTATIVES

Class Counsel, with the full support of the Class Representatives, move for final approval of the proposed class settlement with McKesson and for an award of attorneys' fees, reimbursement of expenses and compensation to the Named Class Representatives.  In support of this motion, and in addition to the pleadings and documents previously filed in support of preliminary approval of the proposed settlement, Class Counsel submit the following documents:

1.  Memorandum in Support of Class Plaintiffs' Motion for Final Approval of the Governmental Payor Class Action Settlement With McKesson;

2.  Class Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Costs and Compensation to the Named Class Representatives;

3.  Declaration of Steve W. Berman in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Compensation to the Named Plaintiffs;

4.  Declaration of Markham Sherwood Re Dissemination of Notice to Potential Class Members;

5.  Declaration of James L. Ward, Jr. In Support of Class Plaintiffs' Petition for Attorney Fees and Reimbursement of Expenses on Behalf of Richardson, Patrick, Westbrook & Brickman, LLC;

6.  Declaration of Stuart H. McCluer In Support of Class Plaintiffs' Petition for Attorney Fees and Reimbursement of Expenses on Behalf of McCulley McCluer PLLC;

7.  Declaration of Daniel Low In Support of Class Plaintiffs' Petition for Attorney Fees and Reimbursement of Expenses on Behalf of Kotchen & Low LLP;

8.  Declaration of Jeffrey Bores In Support of Class Plaintiffs' Petition for Attorney Fees and Reimbursement of Expenses on Behalf of Chestnut & Cambronne, P.A.;

9.  Declaration of Christopher F. Burger In Support of Class Plaintiffs' Petition for Attorney Fees and Reimbursement of Expenses on Behalf of Stevens & Brand LLP;

10. Declaration of E. David Hoskins In Support of Class Plaintiffs' Petition for Attorney Fees and Reimbursement of Expenses on Behalf of The Law Office of E. David Hoskins, LLC;

11. Declaration of William H. Garvin In Support of Class Plaintiffs' Petition for Attorney Fees and Reimbursement of Expenses on Behalf of Garvin & Milles;

12. Affidavit of Carl F. Miller;

13. Affidavit of Thomas E. Barwick In Support of Class Plaintiffs' Petition for Attorney Fees and Reimbursement of Expenses on Behalf of Martin & Jones, PLLC;

14. Affidavit of Thomas G. Haluska In Support of Plaintiffs' Application for Compensation to Lead Plaintiffs for Time Spent in Participating in this Litigation;

15. Declaration of Michael Elder;

16. Declaration of Julie Colucci;

17. Declaration of Gladys Gaskins;

18. Affidavit of Sylvia White;

19. Affidavit of Kenneth E. Gaines;

20. Declaration of G. Craig Weinaug;

21. Declaration of Kaye Scott; and

22. Affidavit of Rodney Dobbins.

001821-17  495901 V1

DATED:  January 6, 2012          By    **s/ Steve W. Berman**_____
                                    Steve W. Berman
                                    Sean R. Matt
                                    Barbara A. Mahoney
                                 HAGENS BERMAN SOBOL SHAPIRO LLP
                                 1918 8th Avenue, Suite 3300
                                 Seattle, WA  98101
                                 Telephone: (206) 623-7292
                                 Facsimile: (206) 623-0594

                                 Jennifer Fountain Connolly
                                 HAGENS BERMAN SOBOL SHAPIRO LLP
                                 1629 K St. NW, Suite 300
                                 Washington, D.C. 20006
                                 Telephone: (202) 355-6435
                                 Facsimile: (202) 355-6455
                                 Email: jenniferc@hbsslaw.com

                                 James L. Ward, Jr.
                                 A. Hoyt Rowell, III
                                 RICHARDSON, PATRICK, WESTBROOK &
                                 BRICKMAN, LLC
                                 P.O. Box 1007
                                 Mt. Pleasant, SC 29465
                                 843-727-6500 (tel.)
                                 843-216-6509 (fax)

                                 *Co-Lead Counsel for Consolidated Public Payor*
                                 *Plaintiffs*

- 3 -

R. Bryant McCulley
MCCULLEY MCCLUER PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32202
904-482-4073 (tel.)
904-354-4813 (fax)

Stuart H. McCluer
MCCULLEY MCCLUER PLLC
1109 Van Buren Avenue
Oxford, MS 38655
662-236-1401 (tel.)
662-234-1974 (fax)

Daniel Kotchen
Daniel Low
KOTCHEN & LOW LLP
2300 M St., NW, Suite 800
Washington, DC 20037
202-416-1848 (tel.)
202-280-1128 (fax)

*Attorneys for Consolidated Public Payor Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on January 6, 2012.


/s/ Steve W. Berman
Steve W. Berman

001821-17  495901 V1